

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

June 3, 2024

**BY ECF**

Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   *Barbera v. Grailed Inc*; 24-cv-3535 (LJL); Letter-Motion Requesting Extension of Time to Respond to Complaint

Dear Judge Liman:

Our firm represents Grailed, LLC, improperly identified as "Grailed, Inc," in the above-referenced action. Pursuant to Your Honor's Individual Rule I.D., we respectfully request a thirty-day extension of time, to July 4, 2024, to answer, move, or otherwise respond to the complaint in this action. The current deadline for response is June 4, 2024. No party has made any previous requests for an adjournment or extension of time, and there is no forthcoming scheduled appearance before the Court nor any other scheduled dates that would impact the schedule in this action. All parties consent to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

Eleanor M. Lackman

EML

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900  Fax: (212) 509-7239  Website: WWW.MSK.COM