**EXHIBIT 2:** INFRINGEMENT
URL: https://www.grailed.com/drycleanonly/jonah-hill-style

