# Exhibit A

| | |
|---|---|
| **From:** | Jonathan Cader |
| **To:** | Nietes, Andrew; Lackman, Eleanor; Durkin, Kelly; Paulucci, Maria |
| **Cc:** | Craig Sanders; Jaymie Sabilia-Heffert |
| **Subject:** | [EXTERNAL] Barbera v. Grailed |
| **Date:** | Wednesday, November 27, 2024 4:02:24 PM |
| **Attachments:** | image001.png |
| | Barbera v Grailed Plaintiff's Supplemetnal Response to RFI (for service).pdf |
| | Barbera v Grailed Plaintiff's Supplemental response to RFP (for service).pdf |

Dear Ms. Lackman –

In response to your letter dated October 25, 2024 and in accordance with the Court's Order dated November 20, 2024, attached please find Plaintiff's supplemental responses to Defendant's First Set of Interrogatories and First Request for Production.

Truly,

Jonathan M. Cader, Esq.

**SLG SANDERS LAW GROUP**

333 Earle Ovington Boulevard | Suite 402
Uniondale, NY 11553
Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7643
email: jcader@sanderslaw.group