# Exhibit D

| | |
|---|---|
| **From:** | Jonathan Cader |
| **To:** | Lackman, Eleanor; Nietes, Andrew |
| **Cc:** | Craig Sanders; Jaymie Sabilia-Heffert |
| **Subject:** | [EXTERNAL] RE: Barbera v. Grailed - Additional document production |
| **Date:** | Wednesday, December 4, 2024 6:39:32 PM |
| **Attachments:** | image002.png |
| | Bates Nos 1574-1650_pdf.msg |
| | Bates Nos 1326-1573_pdf.msg |

**From:** Jonathan Cader
**Sent:** Wednesday, December 4, 2024 6:36 PM
**To:** 'Lackman, Eleanor' <eml@msk.com>; 'Nietes, Andrew' <afn@msk.com>
**Cc:** Craig Sanders <csanders@sanderslaw.group>; Jaymie Sabilia-Heffert <jheffert@sanderslaw.group>
**Subject:** RE: Barbera v. Grailed - Additional document production

Further production

**From:** Jonathan Cader
**Sent:** Wednesday, December 4, 2024 6:35 PM
**To:** 'Lackman, Eleanor' <eml@msk.com>; 'Nietes, Andrew' <afn@msk.com>
**Cc:** Craig Sanders <csanders@sanderslaw.group>; Jaymie Sabilia-Heffert <jheffert@sanderslaw.group>
**Subject:** RE: Barbera v. Grailed - Additional document production

Eleanor --

Attached is a further production from Plaintiff. Additional emails to follow.

Jonathan-

**From:** Jonathan Cader
**Sent:** Tuesday, December 3, 2024 7:16 PM
**To:** 'Lackman, Eleanor' <eml@msk.com>; Nietes, Andrew <afn@msk.com>
**Cc:** Craig Sanders <csanders@sanderslaw.group>; Jaymie Sabilia-Heffert <jheffert@sanderslaw.group>
**Subject:** RE: Barbera v. Grailed

4 of 4.

Additional productions are being compiled and will be forthcoming.

JMC

**From:** Lackman, Eleanor <eml@msk.com>
**Sent:** Tuesday, December 3, 2024 3:40 PM

1

**To:** Jonathan Cader <JCader@sanderslaw.group>; Nietes, Andrew <afn@msk.com>
**Cc:** Craig Sanders <csanders@sanderslaw.group>; Jaymie Sabilia-Heffert <jheffert@sanderslaw.group>
**Subject:** RE: Barbera v. Grailed

Jonathan,

If you had bothered to respond to the deficiency letter we sent, we could have had a meet and confer about anything that was insufficiently burdensome. While I appreciate that you now no longer can stand on any objections, you waived your rights to discuss any burdensomeness issues, so you're under a court order, which means you need to drop everything else if you have to.

You remain in breach. Please advise when we will start receiving the documents.

Regards,
Eleanor

**msk**

**Eleanor M. Lackman (she/her) | Partner**
**Co-Chair, Intellectual Property Group**
T: 212.878.4890 | eml@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
437 Madison Ave., 25th Floor, New York, NY 10022
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Jonathan Cader <JCader@sanderslaw.group>
**Sent:** Tuesday, December 3, 2024 3:30 PM
**To:** Lackman, Eleanor <eml@msk.com>; Nietes, Andrew <afn@msk.com>
**Cc:** Craig Sanders <csanders@sanderslaw.group>; Jaymie Sabilia-Heffert <jheffert@sanderslaw.group>
**Subject:** [EXTERNAL] RE: Barbera v. Grailed

Eleanor –

As you are aware, many of the requests at issue seek production of documents spanning a period of nearly 6 years, and the search process is not instantaneous. We are expending our best efforts to compile and produce the documents, which are anticipated to be in the thousands of pages. I expect to have the first round of production today, with additional productions to follow shortly thereafter. To be clear, we are working in good faith to respond to the Requests as quickly as possible.

Truly,

Jonathan

**From:** Lackman, Eleanor <eml@msk.com>
**Sent:** Monday, December 2, 2024 7:18 PM
**To:** Jonathan Cader <JCader@sanderslaw.group>; Nietes, Andrew <afn@msk.com>
**Cc:** Craig Sanders <csanders@sanderslaw.group>; Jaymie Sabilia-Heffert <jheffert@sanderslaw.group>
**Subject:** RE: Barbera v. Grailed

Jonathan,

These documents should have been produced within 30 days of service, which was months ago at this point. You are in violation of a court order, and the court's date was likely not chosen out of thin air. Is there a specific category that's a problem? Is there some reason why we haven't received anything at all?

Regards,
Eleanor

**msk**

**Eleanor M. Lackman (she/her) | Partner**
**Co-Chair, Intellectual Property Group**
T: 212.878.4890 | eml@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
437 Madison Ave., 25th Floor, New York, NY 10022
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Jonathan Cader <JCader@sanderslaw.group>
**Sent:** Monday, December 2, 2024 6:57 PM
**To:** Nietes, Andrew <afn@msk.com>; Lackman, Eleanor <eml@msk.com>; Durkin, Kelly <kld@msk.com>; Paulucci, Maria <mcp@msk.com>
**Cc:** Craig Sanders <csanders@sanderslaw.group>; Jaymie Sabilia-Heffert <jheffert@sanderslaw.group>
**Subject:** [EXTERNAL] RE: Barbera v. Grailed

Andrew –

Following up on the voice mail message I left for you earlier today, we are still in the process of compiling the document production. As you are likely aware from the scope of the demands, the production is voluminous and, as such, we are having some technical issues in our efforts to finalize same. We are nonetheless endeavoring to produce them forthwith.

Thank you,

Jonathan

**From:** Nietes, Andrew <afn@msk.com>
**Sent:** Wednesday, November 27, 2024 4:36 PM
**To:** Jonathan Cader <JCader@sanderslaw.group>; Lackman, Eleanor <eml@msk.com>; Durkin, Kelly <kld@msk.com>; Paulucci, Maria <mcp@msk.com>
**Cc:** Craig Sanders <csanders@sanderslaw.group>; Jaymie Sabilia-Heffert <jheffert@sanderslaw.group>
**Subject:** RE: Barbera v. Grailed

Mr. Cader,

As you know, the Court's order states that: "Plaintiff must supplement his interrogatory responses and **document production** by one week from the date of this Order." ECF No. 31 at 6 (emphasis added). The below includes only supplemental responses to Grailed's discovery requests. Thus, we expect the supplemental document production will be forthcoming today in accordance with the Court's order.

All rights are expressly reserved.

Best,
Andrew

**msk**

**Andrew Nietes | Attorney-at-Law**
T: 917.546.7683 | afn@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
437 Madison Ave., 25th Floor, New York, NY 10022

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Jonathan Cader <JCader@sanderslaw.group>
**Sent:** Wednesday, November 27, 2024 4:02 PM
**To:** Nietes, Andrew <afn@msk.com>; Lackman, Eleanor <eml@msk.com>; Durkin, Kelly <kld@msk.com>; Paulucci, Maria <mcp@msk.com>
**Cc:** Craig Sanders <csanders@sanderslaw.group>; Jaymie Sabilia-Heffert <jheffert@sanderslaw.group>
**Subject:** [EXTERNAL] Barbera v. Grailed

Dear Ms. Lackman –

In response to your letter dated October 25, 2024 and in accordance with the Court's Order dated November 20, 2024, attached please find Plaintiff's supplemental responses to Defendant's First Set of Interrogatories and First Request for Production.

Truly,

Jonathan M. Cader, Esq.
SLG SANDERS LAW GROUP
333 Earle Ovington Boulevard | Suite 402
Uniondale, NY 11553
Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7643
email: jcader@sanderslaw.group