# Exhibit G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BARBERA,<br><br>                    Plaintiff,<br><br>v.<br><br>GRAILED, LLC,<br><br>                    Defendant. | Case No. 1:24-cv-03535-LJL |

**PLAINTIFF'S CATEGORICAL PRIVILEGE LOG**

| Category No. | Date Range | Document Type | Senders/Recipients | Category Description | Privilege | Responsive to |
|---|---|---|---|---|---|---|
| 1 | 3/29/2024-present | Emails, PDF's | **Attorneys**: Craig B. Sanders, Jaymie Sabilia-Heffert, Jonathan M. Cader; **Paraprofessionals**: Julie Busch; Donna Halpern **Recipient**(s): Robert Barbera | Communications with client regarding the claims in this case, propounding and responding to discovery. | Attorney/client | RFP 55<br><br>Number of emails: 35 |
| 2 | 1/20/2022-present | Emails, PDF's | **Attorneys**, Joshua Vera, Marian Quintero, Jaymie Sabilia-Heffert, Rebecca Liebowitz, Larita Yusuf, Renee Aragona, Craig B. Sanders **Paraprofessionals**: Julie Busch; Donna Halpern, Christian Garcia, Ryan Feldman, Laura Bivona, Debbie Carrillo, Arielle Marra, Lauren Reyna **Recipient**(s): Robert Barbera | Communications with client regarding claims against accused infringers in matters other than in this case, propounding and responding to discovery, legal strategies and settlements, if any. | Attorney/client | RFP 59<br><br>Number of emails: 488 |
| | | | | | | |

Dated: December 16, 2024

**SANDERS LAW GROUP**

By:   <u>*/s/ Jonathan M. Cader*</u>
Jonathan M. Cader, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jcader@sanderslaw.group
File No.: 126004
*Attorneys for Plaintiff*