# Exhibit H



333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 16, 2024

<u>Sent via email @ afn@msk.com</u>
Andrew F. Nietes, Esq.
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue, 25th Floor
New York, New York  10022

    Re:    <u>Robert Barbera v. Grailed, LLC</u>
           <u>Case No: 1:24-cv-03535-LJL</u>

Dear Mr. Nietes:

    We are the attorneys for the plaintiff, Robert Barbera ("*Plaintiff*") in this matter and write in response to your letter dated December 11, 2024, which takes the position that Plaintiff's supplemental document production is purportedly "wholly deficient in substance." Your letter contends that Plaintiff's responses to Defendant's Requests for Production Nos. 5-9, 11-13, 15-20, 22-26, 29-30, 33, 36-37, 46, 51, 54-55 and 61 are deficient because Plaintiff has purportedly failed to include "all responsive documents." As set forth below, Defendant's contention in this regard is largely, if not entirely, erroneous.

**RFP 5** requests All Documents and Communications concerning any rights granted to or by other third parties concerning the Photograph irrespective of time period, including but not limited to any agreement with Backgrid.

**Plaintiff's Supplemental Response states**: Plaintiff will produce all non-privileged documents responsive to this Request.

    **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and Shutterstock (BARBERA0183-BARBERA01840). Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 6** requests All Documents and Communications between You and Backgrid concerning photographs taken by You, including but not limited to, any proposed or actual licenses for such photographs, any uses authorized or unauthorized of such photographs by Backgrid, and any efforts to enforce intellectual property rights in such photographs against third parties undertaken


by Backgrid (including, for example, regarding any cease and desist letters or lawsuits, contemplated or filed).

**Plaintiff's Supplemental Response states**: Plaintiff will produce all non-privileged documents responsive to this Request.

> **Further Response**: Plaintiff has produced his entire account history with Backgrid, (BARBERA00380-BARBERA00945). Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 7** requests All Documents and Communications concerning Backgrid's licensing of, use of, or efforts to enforce intellectual property rights (including, for example, any cease and desist letters or lawsuits, contemplated or filed) in photographs taken by You

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to that production.

> **Further Response**: Plaintiff has produced his entire account history with Backgrid, (BARBERA00380-BARBERA00945). Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 8** requests All actual or proposed agreements or other contracts between You and any Image Licensors, Aggregators, or Distributors concerning any photographs taken by You, from January 1, 2018, to the date of these Requests

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to that production.

> **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and Shutterstock (BARBERA0183-BARBERA01840). Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 9** requests Documents sufficient to identify all Image Licensors, Aggregators, or Distributors whose websites on which any photographs taken by You currently appear or have appeared since January 1, 2018, the number of such images on each site, the duration of time the images appeared, and copies and descriptions of all the images.



**Plaintiff's Supplemental Response states**: Plaintiff will produce all non-privileged documents responsive to this request.

> **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and Shutterstock (BARBERA0183-BARBERA01840). Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 11** requests All Documents and Communications concerning the creation of the Photograph, including, but not limited to, Documents and Communications concerning how You became aware that the individual featured in Photograph would be present at the location where the Photograph was taken

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein.

> **Further Response**: Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 12** requests All Documents and Communications between You and the Person, or anyone affiliated with the Person, depicted in the Photograph.

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein.

> **Further Response**: Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 13** requests Documents sufficient to show where and how the first publication of the Photograph occurred.

**Plaintiff's Response states**: (This response was not previously supplemented. Therefore, Plaintiff's initial response is repeated here). ~~Subject to the foregoing general objections~~, Plaintiff shall produce all non-privileged documents within Plaintiff's possession, custody and control.

> **Further Response**: To the extent not already produced, Plaintiff refers Defendant to BARBERA01841 accompanying this letter.

**RFP 15** requests All Documents and Communications supporting and/or concerning Your allegation in Paragraph 15 of the Amended Complaint that "In creating the Photograph, Plaintiff personally selected the subject matter, timing, lighting, angle, perspective, depth, lens and camera



equipment used to capture the image."

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein.

> **Further Response**: Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 16** requests Documents sufficient to establish that the Photograph is more than an unoriginal replication of the Person depicted the Photograph

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein.

> **Further Response**: Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 17** requests All Documents and Communications concerning any and all payments, including but not limited to, licensing fees, You have ever received in connection with the Photograph.

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and Shutterstock (BARBERA0183-BARBERA01840). Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 18** requests All Communications between You and any third party concerning the Photograph, including, but not limited to, concerning such third party's use of the Photograph, in any manner.

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and



Shutterstock (BARBERA0183-BARBERA01840). Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 19** requests All Documents concerning any agreements, solicitations, negotiations, or conversations between You and any third party involving uses, licenses, royalties, and licensing or royalty income for the Photograph.

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and Shutterstock (BARBERA0183-BARBERA01840). Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 20** requests All Documents concerning Your communications with any Image Licensors, Aggregators, or Distributors concerning the Photograph.

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and Shutterstock (BARBERA0183-BARBERA01840). Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 22** requests All proposed or actual licenses You have entered into in connection with the Photograph, irrespective of time period.

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and Shutterstock (BARBERA0183-BARBERA01840). Plaintiff does not understand what



other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 23** requests All Documents and Communications related to the proposed or actual licenses referenced in Request No. 20, above.

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and Shutterstock (BARBERA0183-BARBERA01840). Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 24** requests Any Documents containing, constituting, or concerning any transfer, license, or assignment of copyright in the Photograph.

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and Shutterstock (BARBERA0183-BARBERA01840). Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 25** requests Any Documents and Communications containing, constituting, or concerning any authorization to disseminate or publish the Photograph.

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and Shutterstock (BARBERA0183-BARBERA01840). Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has


produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 26** requests All Documents and Communications concerning uses of the Photograph aside from the use that is the subject of Your claims in this litigation.

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and Shutterstock (BARBERA0183-BARBERA01840). Plaintiff has also provided copies of all cease and desist letters (BARBERA0313-BARBERA0379) and initiatory Complaints filed (BARBERA0055-BARBERA0312) including, but not limited to, the Photograph. Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 29** requests All Documents and Communications concerning Your allegation in Paragraph 14 of the Amended Complaint that "On January 29, 2019, Plaintiff first published the Photograph.".

**Plaintiff's Response states**: (This response was not previously supplemented. Therefore, Plaintiff's initial response is repeated here). ~~Subject to the foregoing general objections~~, Plaintiff will produce all non-privileged documents responsive to this Request.

> **Further Response**: To the extent not already produced, Plaintiff refers Defendant to BARBERA01841 accompanying this letter.

**RFP 30** requests All Documents and Communications concerning any and all uses of the Photograph aside from on Grailed's Website

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff has produced his entire account histories with Backgrid, (BARBERA00380-BARBERA00945), Splash (BARBERA00946-BARBERA0182) and Shutterstock (BARBERA0183-BARBERA01840). Plaintiff has also provided copies of all cease and desist letters (BARBERA0313-BARBERA0379) and initiatory Complaints filed (BARBERA0055-BARBERA0312) including, but not limited to, the Photograph. Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

Case 1:24-cv-03535-LJL   Document 36-8   Filed 12/19/24   Page 9 of 11



PAGE 8

**RFP 33** requests All Documents and Communications concerning efforts undertaken by You to discover any additional alleged infringement of photographs taken by You on the Grailed Website since Your discovery of the purported use of the Photograph on the Grailed Website.

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 36** requests All Communications by and between You and any third parties concerning Grailed and/or the Grailed Website.

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 37** requests All Documents and Communications concerning Your loss of any opportunities to license the Photograph as a result of the purported use of the Photograph on the Website

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

> **Further Response**: Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 46** requests Documents concerning Your belief that Grailed's use of the Photograph is not authorized.

**Plaintiff's Supplemental Response states**:  Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.



**Further Response**: Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 51** requests All Documents and Communications concerning any and all payments made by third parties to resolve any claims asserted by You, including, but not limited to, via demand letters, concerning the alleged unauthorized use of the Photograph or other photographs taken by You

**Plaintiff's Supplemental Response states**: Any documents responsive to this Request are subject to non-disclosure agreements and cannot be produced without violating their terms.

**Further Response**: Your letter cites to the decision in *Doe v. Benjamin Zaremski M.D., P.C.*, No. 21 CIV. 3187 (ER), 2022 WL 2966041 (S.D.N.Y. July 27, 2022) for the contention that the fact that documents are subject to non-disclosure or confidentiality agreements does not form a basis for withholding such documents from production in discovery. As *Doe* and other cases have held, such documents may be produced subject to a protective Order. See, e.g., *Chang v. Mizuho Sec. USA LLC*, No. 1:21-CV-03874-CM, 2023 WL 8760889 (S.D.N.Y. Dec. 19, 2023); *Big Vision Priv. Ltd. v. E.I. DuPont De Nemours & Co.*, 1 F. Supp. 3d 224, 251 (S.D.N.Y. 2014), aff'd sub nom. *Big Vision Priv. Ltd. v. E.I. du Pont de Nemours & Co.*, 610 F. App'x 69 (2d Cir. 2015). Plaintiff will produce any responsive documents subject to the entry of such a protective Order.

**RFP 54** requests All Documents and Communications concerning any and all unlicensed uses of the Photograph, including Documents evidencing any efforts undertaken by You to contact third parties causing, and/or facilitating such uses, and such third parties' responses regarding same

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

**Further Response**: Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

**RFP 55** requests All Communications between You and any third party concerning Your Claims.

**Plaintiff's Supplemental Response states**: All documents responsive to this Request are privileged and Plaintiff will produce a privilege log with respect to same.

**Further Response**: Plaintiff refers Defendant to the privilege log transmitted herewith.

**RFP 59** requests Documents or Communications between You and any Person concerning bringing lawsuits for copyright infringement of photographs.

**Plaintiff's Supplemental Response states**: All documents responsive to this Request are privileged and Plaintiff will produce a privilege log with respect to same.

**Further Response**: Plaintiff refers Defendant to the privilege log transmitted herewith.

**RFP 61** requests Documents concerning Your investigation of Your Claims in this action

**Plaintiff's Supplemental Response states**: Plaintiff does not have any documents responsive to this Request, other than those already produced or those to be produced pursuant to the Supplemental Responses otherwise identified herein, and Plaintiff refers Defendant to such production.

**Further Response**: Plaintiff does not understand what other documents Defendant believes to exist but have not been produced. Plaintiff has produced all non-privileged documents in his possession which are responsive to this Request.

Very truly yours,

/s *Jonathan M. Cader*
Jonathan M. Cader, Esq.