# Exhibit I

| | |
|---|---|
| **From:** | Jonathan Cader |
| **To:** | Nietes, Andrew; Craig Sanders; Jaymie Sabilia-Heffert |
| **Cc:** | Lackman, Eleanor |
| **Subject:** | [EXTERNAL] RE: Barbera v Grailed, LLC - Plaintiff's Failure to Comply with Court Orders |
| **Date:** | Monday, December 16, 2024 8:21:07 PM |
| **Attachments:** | Barbera v Grailed Plaintiff's Privilege Log.pdf |
| | Barbera v Grailed Plaintiff's Second Supplemental response to RFI (signed).pdf |
| | Bates No 01841.pdf |
| | Letter responding to discovery deficiencies 12-16-2024.pdf |

Andrew –

Pursuant to our conversation of this afternoon, attached please find Plaintiff's further discovery supplements and response to the letter referenced below.

Truly,

Jonathan

**From:** Nietes, Andrew <afn@msk.com>
**Sent:** Wednesday, December 11, 2024 11:38 PM
**To:** Jonathan Cader <JCader@sanderslaw.group>; Craig Sanders <csanders@sanderslaw.group>; Jaymie Sabilia-Heffert <jheffert@sanderslaw.group>
**Cc:** Lackman, Eleanor <eml@msk.com>
**Subject:** Barbera v Grailed, LLC - Plaintiff's Failure to Comply with Court Orders

Counsel:

Please see the attached correspondence.

Best,
Andrew



**Andrew Nietes | Attorney-at-Law**
T: 917.546.7683 | afn@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
437 Madison Ave., 25th Floor, New York, NY 10022

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.