

333 Earle Ovington Boulevard, Suite 402
Uniondale, New York 11553
t: 516-203-7600
f: 516-282-7878

December 20, 2024

*<u>Via ECF</u>*
Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

  Re: *Robert Barbera v. Grailed, LLC*
    Case No: 1:24-cv-03535-LJL

Dear Judge Liman:

  We are the attorneys for the plaintiff, Robert Barbera ("*Plaintiff*") in this action and write pursuant to paragraph 1.D of Your Honor's individual rules of practice to respectfully request an extension of time to file Opposition to Defendant's motion for contempt and/or for sanctions (*Dkt. Nos.* 34-36, *et seq.*).

  Defendant's motion was filed on December 19, 2024. Pursuant to Local Rule 6.1(b), Opposition to such a motion is due within seven (7) days of service. Here, Plaintiff's Opposition would be due on December 26, 2024. Due to the intervening holiday, Plaintiff respectfully requests that the time to file Opposition be extended by two business days, to Monday, December 30, 2024. This is the first request for an extension of time, and it is believed that the requested extension should not affect any other pending dates.

  I have discussed this request with Eleanor M. Lackman, Esq., lead counsel for Defendant, and am authorized to represent that Defendant consents to this request.

  Thank you.

                Respectfully submitted,

                /s *Jonathan M. Cader*
                Jonathan M. Cader