UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BARBERA,<br><br>      Plaintiff,<br><br>  v.<br><br>GRAILED, LLC,<br><br>      Defendant. | Case No. 24-CV-3535 (LJL)<br><br>**DEFENDANT GRAILED, LLC'S NOTICE OF THIRD MOTION FOR SANCTIONS** |

  PLEASE TAKE NOTICE THAT upon the accompanying (i) Defendant's Memorandum of Law in Support of Third Motion for Sanctions and (ii) the Declaration of Andrew Nietes in Support of Defendant's Third Motion for Sanctions, along with all other filings made in the above-captioned action, Defendant Grailed, LLC, through its attorneys, Mitchell Silberberg & Knupp LLP, will move this Court at the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, before the Honorable Lewis J. Liman, on a date and at a time to be designated by the Court, for an Order that sanctions Plaintiff Robert Barbera ("Plaintiff") and his attorneys for Plaintiff's continued discovery violations and misconduct by dismissing Plaintiff's claims pursuant to Rules 16(f) and 37 *et seq.*, and pursuant to the same along with the Court's own inherent authority, issue sanctions finding Plaintiff in contempt, ordering that he and his attorneys be held jointly and severally liable for Grailed's attorneys' fees sought in attempting to procure compliance with the Court's Order (including this motion), and granting any other relief the Court deems just and proper.

2

Dated: April 4, 2024          MITCHELL SILBERBERG & KNUPP LLP

By: */s/Andrew Nietes*
    Eleanor M. Lackman
    Andrew Nietes
    437 Madison Ave., 25th Floor
    New York, New York 10022-7001
    Telephone: (212) 509-3900
    Facsimile: (212) 509-7239

*Attorneys for Defendant Grailed, LLC*