# EXHIBIT C

| | |
|---|---|
| **From:** | Jonathan Cader |
| **To:** | Nietes, Andrew; Lackman, Eleanor |
| **Subject:** | [EXTERNAL] Barbera v Grailed |
| **Date:** | Wednesday, March 12, 2025 7:27:10 PM |
| **Attachments:** | image001.png<br>Initial Disclosures.pdf<br>Response to Contention Interrogatories.pdf |

Counsel –

Attached hereto is a copy of Plaintiff's initial disclosures and Plaintiff's responses to Defendant's contention interrogatories.

Further to follow.

Truly,

# Jonathan
_____

**Jonathan M. Cader, Esq.**



333 Earle Ovington Boulevard | Suite 402
Uniondale, NY 11553
Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7643
email: jcader@sanderslaw.group