# Exhibit U

## Filed Under Seal