UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BARBERA,<br><br>      Plaintiff,<br><br>  v.<br><br>GRAILED, LLC,<br><br>      Defendant. | Case No. 24-CV-3535 (LJL)<br><br>**DEFENDANT GRAILED, LLC'S FEE APPLICATION** |

  Upon the accompanying (i) Defendant Grailed, LLC's Memorandum of Law in Support of Fee Application and (ii) the Declaration of Andrew Nietes in Support of Fee Application, along with all other filings made in the above-captioned action, Defendant Grailed, LLC, through its attorneys, Mitchell Silberberg & Knupp LLP, respectfully submits this fee application pursuant to the Court's Memorandum and Order dated March 5, 2025 (ECF No. 49) requesting a sanctions award of $65,309.25 in attorneys' fees and $8,097.30 in costs, for a total amount of $73,406.55.

Dated:   April 4, 2025            MITCHELL SILBERBERG & KNUPP LLP

                      By: */s/Andrew Nietes*
                         Eleanor M. Lackman
                         Andrew Nietes
                         437 Madison Ave., 25th Floor
                         New York, New York 10022-7001
                         Telephone: (212) 509-3900
                         Facsimile: (212) 509-7239

                         *Attorneys for Defendant Grailed, LLC*