# Exhibit C





# Andrew Nietes
### Associate

437 Madison Avenue
25th Floor
New York, NY 10022

t  (917) 546-7683
afn@msk.com

## legal expertise

Andrew Nietes is a litigation associate in MSK's New York office with a focus on copyright, trademark, and trade secrets matters. He represents plaintiffs and defendants in the entertainment, media, technology, and e-commerce sectors across all stages of litigation, from pre-dispute advisory services through trial, in state and federal courts as well as regulatory settings. Andrew also offers strategic advice on copyright and trademark agreements, licenses, and DMCA policies.

## representative matters

- Attained summary judgment for a major film studio and comic book publisher in a copyright infringement suit related to the film The Batman.*

- Represented vehicle company in appeal of trademark infringement and registration case to the Fourth Circuit.*

- Represented career building website bringing claims of copyright infringement and unfair competition against operator of a copycat website.*

- Defended major social media platform against claims of music copyright infringement.*

- Defended leading e-commerce company against claims of copyright and trademark infringement.*

- Defended popular video game company against claims of music copyright infringement.*

- Litigated rate-setting proceeding before the Copyright Royalty Board for a major music streaming company.*

- Represented pharmaceutical companies jointly bringing claims for trade secrets misappropriation, breach of contract, and breach of fiduciary duty resulting in favorable verdict following bench trial.*

## practice areas

intellectual property
   copyright royalty board
   entertainment & ip litigation
   trademarks & brands
litigation

## admissions

California
New York
U.S. Court of Appeals, Fourth Circuit
U.S.D.C. District of Colorado
U.S.D.C., Eastern District of New York
U.S.D.C., Southern District of New York

## education

- Fordham University School of Law, J.D. (2020), *magna cum laude,* Order of the Coif, Thomas F. Reddy Jr. Prize for highest grades in courses in intellectual property

- Associate Editor, Fordham Intellectual Property, Media & Entertainment Law Journal

- New York University, B.M. (2016), *summa cum laude*

msk.com

los angeles
t  310.312.2000
f  310.312.3100

new york
t  212.509.3900
f  212.509.7239

washington, dc
t  202.355.7900
f  202.355.7899



*Indicates matters handled prior to joining MSK.

## honors & awards

- Award for Excellence in Trial Advocacy, New York City Trial Lawyers Alliance (2019)

## other career experience

- Associate, Fross Zelnick Lehrman & Zissu, P.C.
- Associate, Latham & Watkins LLP
- Adjunct Professor of Trial Advocacy, Fordham University School of Law
- Emerging Talent Associate, Atlantic Records
- N.Y.C. Bar Diversity Fellow & Legal Intern, New York Life Insurance
- Business & Legal Affairs Intern, Sony Music Entertainment

msk.com

los angeles
t  310.312.2000
f  310.312.3100

new york
t  212.509.3900
f  212.509.7239

washington, dc
t  202.355.7900
f  202.355.7899