# Exhibit E



*Invoice* **INV3078619**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 4/4/2025 |
| **Terms** | Net 30 |
| **Due Date** | 5/4/2025 |

| | |
|---|---|
| **Client Number** | C5565223 |
| **Esquire Office** | New York City |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Mitchell Silberberg & Knupp - New York
437 Madison Avenue
25th Floor
New York NY 10022

**Services Provided For**
Mitchell Silberberg & Knupp - New York
Nietes, Andrew
437 Madison Avenue
25th Floor
New York NY 10022

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/28/2025 | J12631819 | New York, NEW YORK | ROBERT BARBERA V. GRAILED, LLC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| ON SITE RESOURCE & ZOOM | Robert Barbera | 1 | 150.00 | $150.00 |
| APP FEE SESSION | Robert Barbera | 2 | 95.00 | $190.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Robert Barbera | 0.5 | 142.50 | $71.25 |
| TRANSCRIPT - O&1 - VID-VC-WI | Robert Barbera | 400 | 6.25 | $2,500.00 |
| 2 DAY EXPEDITE | | | 80% | $2,000.00 |
| LITIGATION SUPPORT PACKAGE | Robert Barbera | 1 | 50.00 | $50.00 |
| CONDENSED TRANSCRIPT | Robert Barbera | 1 | 0.00 | $0.00 |
| PROCESSING & COMPLIANCE | Robert Barbera | 1 | 0.00 | $0.00 |
| ROUGH ASCII | Robert Barbera | 343 | 1.85 | $634.55 |
| INTELLIGENT SUMMARY+ - OVER 100 PAGES | Robert Barbera | 1 | 100.00 | $100.00 |

*Representing Client: Mitchell Silberberg & Knupp (P) : Mitchell Silberberg & Knupp - New York*

| | |
|---|---|
| **Subtotal** | 5,695.80 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $5,695.80 |
| **Amount Due** | 5,695.80 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(5) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

| **Remit to:** | **Federal Express, UPS or Overnight USPS:** | | |
|---|---|---|---|
| Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099 | Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207 | **Client Name** | Mitchell Silberberg & Knupp - New York |
| | | **Client #** | C5565223 |
| | | **Invoice #** | INV3078619 |
| | | **Invoice Date** | 4/4/2025 |
| | | **Due Date** | 5/4/2025 |
| | | **Amount Due** | **$5,695.80** |



**Proxy Invoice   SO2476254**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 4/1/2025 |
| **Terms** | Net 30 |
| **Client Number** | C5565223 |
| **Esquire Office** | New York City |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Mitchell Silberberg & Knupp - New York
437 Madison Avenue
25th Floor
New York NY 10022

**Ship To Address**
Mitchell Silberberg & Knupp - New York
Nietes, Andrew
437 Madison Avenue
25th Floor
New York NY 10022

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/28/2025 | J12631819 | New York, NEW YORK | ROBERT BARBERA V. GRAILED, LLC |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| VIDEOGRAPHER MINIMUM | Robert Barbera | 1 | 345.00 | $345.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | Robert Barbera | 7 | 135.00 | $945.00 |
| VIDEOGRAPHER ADDITIONAL HOURS OVERTIME | Robert Barbera | 2 | 202.50 | $405.00 |
| DIGITAL MEDIA | Robert Barbera | 8 | 85.50 | $684.00 |
| HANDLING FEE | Robert Barbera | 1 | 22.50 | $22.50 |

*Representing Client: Mitchell Silberberg & Knupp (P) : Mitchell Silberberg & Knupp - New York*

| | |
|---|---|
| **Subtotal** | 2,401.50 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | **$2,401.50** |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC: Pay Now

| | |
|---|---|
| **Client Name** | Mitchell Silberberg & Knupp - New York |
| **Client #** | C5565223 |
| **Invoice #** | SO2476254 |
| **Invoice Date** | 4/1/2025 |
| **Due Date** | |
| **Amount Due** | |

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207