

Andrew F. Nietes
Attorney-at-Law
(917) 546-7683 Phone
afn@msk.com

April 9, 2025

**VIA ECF ONLY**

Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   *Barbera v. Grailed, LLC*, 1:24-cv-03535
      <u>Report Regarding Letter-Motion to File Under Seal</u>

Dear Judge Liman:

Pursuant to Section 4.b. of Attachment A to Your Honor's Individual Practices in Civil Cases, we write to inform the Court that counsel for the parties have conferred regarding the confidential information that is the subject of Defendant Grailed, LLC's Letter-Motion for Leave to File Under Seal Plaintiff's Confidential Information and Documents (ECF No. 53). Counsel for Plaintiff Robert Barbera ("Plaintiff"), who is the Producing Party as defined in Section 4.b., has advised that Plaintiff will seek to keep the information redacted and attendant exhibits which were the subject of such motion under seal.

Sincerely,

*/s/Andrew F. Nietes*


Andrew F. Nietes
Attorney-at-Law for
MITCHELL SILBERBERG & KNUPP LLP

AFN

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900  Fax: (212) 509-7239  Website: WWW.MSK.COM