# EXHIBIT E

| | |
|---|---|
| **From:** | Nietes, Andrew |
| **To:** | "Jonathan Cader" |
| **Cc:** | Lackman, Eleanor |
| **Subject:** | RE: Barbera v. Grailed |
| **Date:** | Thursday, March 27, 2025 5:12:34 PM |
| **Attachments:** | image003.png |

Jonathan,

This is totally nonresponsive to our letter, as we identified far more deficiencies than simply "attachments to the emails produced, but were not visible in the production" so I'll refer you to the letter for the actual scope. Moreover, the manner in which you have produced these documents without reference to which emails are the parent emails makes them, again, essentially useless.

Given this comes nowhere close to remedying the deficiencies, Grailed continues to reserve its right to hold open the deposition until the deficiencies have been cured and to seek relief from the Court regarding fees and costs incurred in connection with the same. We will see you tomorrow for the deposition.

Best,
Andrew



**Andrew Nietes** | **Attorney-at-Law**

T: 917.546.7683 | afn@msk.com

**Mitchell Silberberg & Knupp LLP** | **www.msk.com**

437 Madison Ave., 25th Floor, New York, NY 10022

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Jonathan Cader <JCader@sanderslaw.group>
**Sent:** Thursday, March 27, 2025 4:52 PM
**To:** Nietes, Andrew <afn@msk.com>
**Cc:** Lackman, Eleanor <eml@msk.com>
**Subject:** [EXTERNAL] Barbera v. Grailed

Andrew –

Pursuant to your demand, attached please find Plaintiff's supplemental responses to Defendant's contention interrogatories, together with the documents identified in your letter of March 23, 2025, which were attachments to the emails produced, but were not visible in the production. One email will follow.

Truly,

_____
**Jonathan M. Cader, Esq.**

**SLG SANDERS LAW GROUP**

333 Earle Ovington Boulevard | Suite 402
Uniondale, NY 11553
Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7643
email: jcader@sanderslaw.group