# EXHIBIT G

| | |
|---|---|
| From: | noreply@mail.hellosign.com on behalf of Dropbox Sign |
| To: | barbera.robert@gmail.com |
| Subject: | You just signed 129989 Client Verification For Filing Robert Barbera v. The Dress Barn, Inc. |
| Date: | Thursday, August 29, 2024 5:03:12 PM |
| Attachments: | 129989_Client_Verification_For_Filing_Robert_Barbera_v._The_Dress_Barn__Inc..pdf |



**You have successfully signed your document**

DOCUMENT

## 129989 Client Verification For Filing Robert Barbera v. The Dress Barn, Inc.

You can view the document as an attachment below (if it's under 25 MB) or by clicking this link. This document and others may also be accessed by logging in to your Dropbox Sign account.

VIEW SIGNED DOCUMENT

EXHIBIT
F
3/28/25 mD

Warning: To prevent others from accessing your document, please do not forward this email.

CONFIDENTIAL - ATTORNEYS' EYES ONLY    BARBERA01924