# EXHIBIT H

| | |
|---|---|
| **From:** | noreply@mail.hellosign.com on behalf of HelloSign |
| **To:** | barbera.robert@gmail.com |
| **Subject:** | You just signed Robert Barbera/SLG Contingency Agreement |
| **Date:** | Saturday, March 12, 2022 9:58:23 AM |
| **Attachments:** | Robert_Barbera_SLG_Contingency_Agreement.pdf |



**You have successfully signed your document**

DOCUMENT

## Robert Barbera/SLG Contingency Agreement

You can view the document as an attachment below (if it's under 25 MB) or by clicking this link. This document and others may also be accessed by logging in to your HelloSign account.

**VIEW SIGNED DOCUMENT**

Warning: To prevent others from accessing your document, please do not forward this email.

CONFIDENTIAL - ATTORNEYS' EYES ONLY     BARBERA02037

CONFIDENTIAL - ATTORNEYS' EYES ONLY    BARBERA02038