# EXHIBIT I

| | |
|---|---|
| **From:** | noreply@mail.hellosign.com on behalf of Sanders Law Group |
| **To:** | barbera.robert@gmail.com |
| **Subject:** | Robert Barbera/Israeli Counsel Sanders Law Group Outside Counsel Agreement - Signature requested by Sanders Law Group |
| **Date:** | Thursday, June 2, 2022 3:33:20 PM |

ACTION REQUESTED

**Sanders Law Group (hellosign@sanderslaw.group) has requested a signature**

REVIEW & SIGN

DOCUMENT

Robert Barbera/Israeli Counsel Sanders Law Group Outside Counsel Agreement

MESSAGE FROM SANDERS LAW GROUP (hellosign@sanderslaw.group)

Dear Robert,

We are preparing your copyright infringement claim against Life and Style Yuval Sigler Group LTD for the unauthorized use of your image of Kendall Jenner. Signing this agreement authorizes Sanders Law Group to retain outside counsel for your claim. Outside counsel's retainer fee is paid for by Sanders Law Group's contingency fee agreed to in the contingency agreement that you have signed and does not affect your payment terms in that agreement.
https://www.atmag.co.il/%D7%A7%D7%A0%D7%93%D7%9C-%D7%92%D7%A0%D7%A8-ocd/

CONFIDENTIAL - ATTORNEYS' EYES ONLY     BARBERA02106

Please let me know if you have any questions.

Thank you,

Donna Halperin, Director of Client Relations
dhalperin@sanderslaw.group


Sanders Law Group

Reply

Warning: To prevent others from accessing your document, please do not forward this email.

CONFIDENTIAL - ATTORNEYS' EYES ONLY    BARBERA02107