# EXHIBIT J

| | |
|---|---|
| **From:** | noreply@mail.hellosign.com on behalf of HelloSign |
| **To:** | barbera.robert@gmail.com |
| **Subject:** | You just signed Settlement Agreement/Barbera-Grandari, Inc. |
| **Date:** | Wednesday, June 1, 2022 10:55:33 AM |
| **Attachments:** | Settlement_Agreement_Barbera-Grandari__Inc..pdf |



**You have successfully signed your document**

DOCUMENT

Settlement Agreement/Barbera-Grandari, Inc.

You can view the document as an attachment below (if it's under 25 MB) or by clicking this link. This document and others may also be accessed by logging in to your HelloSign account.

VIEW SIGNED DOCUMENT

Warning: To prevent others from accessing your document, please do not forward this email.

CONFIDENTIAL - ATTORNEYS' EYES ONLY    BARBERA02099

CONFIDENTIAL - ATTORNEYS' EYES ONLY    BARBERA02100