# EXHIBIT K

| | |
|---|---|
| From: | noreply@mail.hellosign.com on behalf of Sanders Law Group |
| To: | barbera.robert@gmail.com |
| Subject: | Settlement Agreement / Barbera - Milk Snob - Signature requested by Sanders Law Group |
| Date: | Wednesday, August 2, 2023 5:14:05 PM |



ACTION REQUESTED

Sanders Law Group (hellosign@sanderslaw.group) has requested a signature

Review & sign

Document
Settlement Agreement / Barbera - Milk Snob

Message from Sanders Law Group (hellosign@sanderslaw.group)
Hi Robert,

Please review, sign and date the settlement agreement for $2125.

Regards and all best,
Rebecca

☐ Reply to sender

Warning: To prevent others from accessing your document, please do not forward this email.

CONFIDENTIAL - ATTORNEYS' EYES ONLY         BARBERA02180

CONFIDENTIAL - ATTORNEYS' EYES ONLY     BARBERA02181