# EXHIBIT L

**From:** Rebecca Liebowitz
**To:** Robert Barbera
**Subject:** Re: Robert Barbera / Andy Cohen - Case No. 000796-000021
**Date:** Friday, April 15, 2022 10:53:44 AM
**Attachments:** Screen Shot 2019-07-08 at 11.50.44 AM 13132 (2) (1).png

---

Great! Thank you, Robert. I will be in touch (hopefully next week) when Andy Cohen signs it.

Have a lovely day and weekend!

Kind regards,
Rebecca

Rebecca R. Liebowitz, Esq.
Associate, Sanders Law Group
100 Garden City Plaza | Fifth Floor
Garden City, NY 11530
Office: 516. 203.7600 x 3227
email: rliebowitz@sanderslaw.group

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information. Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message, please contact the sender by reply e-mail (or other immediate means) and destroy all attachments, if any. Thank you so much.

---

**From:** Robert Barbera <barbera.robert@gmail.com>
**Sent:** Friday, April 15, 2022 10:52:36 AM
**To:** Rebecca Liebowitz
**Subject:** Re: Robert Barbera / Andy Cohen - Case No. 000796-000021

Oh okay awesome. Thank you!!

I will sign it when you send it over.

> On Apr 15, 2022, at 10:18 AM, Rebecca Liebowitz <rliebowitz@sanderslaw.group> wrote:
>
> Hi Robert,
>
> Good to hear from you. Hope all is well. Please note that there are **no fees associated with this particular claim** as it was settled entirely out of court with a letter (thus, no attorney/filing/service of process fees are applicable in this claim).
>
> I will keep you posted when Andy Cohen and his counsel review the settlement

agreement, so we can proceed and get you to sign it as well.

Please let me know if you have any other questions.

Thank you!

Kindly,
Rebecca

Rebecca R. Liebowitz, Esq.
Associate, Sanders Law Group
100 Garden City Plaza | Fifth Floor
Garden City, NY 11530
Office: 516. 203.7600 x 3227
email: rliebowitz@sanderslaw.group

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information. Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message, please contact the sender by reply e-mail (or other immediate means) and destroy all attachments, if any. Thank you so much.

---

**From:** Robert Barbera <barbera.robert@gmail.com>
**Sent:** Thursday, April 14, 2022 5:41:14 PM
**To:** Rebecca Liebowitz
**Subject:** Re: Robert Barbera / Andy Cohen - Case No. 000796-000021

Thank you so much!

Is there any way he can cover the fees associated as I have to split this with another photographer as well?

Thank you

> On Apr 14, 2022, at 3:25 PM, Rebecca Liebowitz <rliebowitz@sanderslaw.group> wrote:
>
> Hi Robert,
>
> I hope all is well with you. I am reaching out to notify you that we were able to settle your Andy Cohen matter for $3000 out of court.
>
> We have drafted up a settlement agreement for counsel to review,

and will send it over to you to review and sign as soon as it is returned back to us.

Thank you so much.

Kind regards,
Rebecca

Rebecca R. Liebowitz, Esq.
Associate, Sanders Law Group
100 Garden City Plaza | Fifth Floor
Garden City, NY 11530
Office: 516. 203.7600 x 3227
email: rliebowitz@sanderslaw.group

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information. Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message, please contact the sender by reply e-mail (or other immediate means) and destroy all attachments, if any. Thank you so much.

---

**From:** Robert Barbera <barbera.robert@gmail.com>
**Sent:** Wednesday, April 13, 2022 5:20:35 PM
**To:** Rebecca Liebowitz
**Subject:** Re: Robert Barbera / Andy Cohen - Case No. 000796-000021

Will do thanks so much!!

> On Apr 13, 2022, at 3:52 PM, Rebecca Liebowitz <rliebowitz@sanderslaw.group> wrote:
>
> Hi Robert!
>
> Many thanks for getting back to me. I hope that you had a lovely time on vacation. No problem, understood. I am going to try to get a financial offer for you for the Andy Cohen case. I will keep you posted on that amount after I hear back from opposing counsel.
>
> Also, I will keep you posted on a few of the other claims

(ex-Grandari, Kim Kardashian, etc) I am handling for you out of court as updates come in.

Yes, when you get a moment, please upload new photos to our server so we can get those registered / and send us any infringements you come across, as we would love to find more valid claims to represent you with.

Thank you so much! Please reach out with any questions.

Kind regards,
Rebecca
Rebecca R. Liebowitz, Esq.
Associate, Sanders Law Group
100 Garden City Plaza | Fifth Floor
Garden City, NY 11530
Office: 516. 203.7600 x 3227
email: rliebowitz@sanderslaw.group

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information. Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message, please contact the sender by reply e-mail (or other immediate means) and destroy all attachments, if any. Thank you so much.

---

**From:** Robert Barbera <barbera.robert@gmail.com>
**Sent:** Wednesday, April 13, 2022 3:44:22 PM
**To:** Rebecca Liebowitz
**Subject:** Re: Robert Barbera / Andy Cohen - Case No. 000796-000021

Hello!

Sorry for the late reply!! I was on vacation away with family for the last month. Thank you for working on everything! I'm not interested in doing the setups with Andy honestly. I do it with a lot of people but he's just not worth it. Maybe he'll do something with an offer if you tell them I'm not interested. I also have so much more to send that I have been slacking on haha! I'll get it in soon.

Thanks again!!

On Apr 11, 2022, at 12:41 PM, Rebecca Liebowitz <rliebowitz@sanderslaw.group> wrote:

Hi Robert,

Hope all is well. Kindly following up in regards to my email last week about the offer with Andy Cohen (infringing screenshot attached), below:

Cohen has proposed the following offer (below) for settlement and wanted to get your thoughts. Please note, as these are only non-monetary compensations that are being offered by the infringing party, I did relay a financial offer starting with $5000, and I will see what they say:

As discussed, Mr. Cohen may be willing to extend the following forms of non-monetary compensation in exchange for a full release of claims:

- Posting an agreed-upon number of Mr. Barbera's photographs to his Instagram account (4.5M followers) with credit via tagging Mr. Barbera's IG account or mentioning him in the IG caption; and/or
- Providing Mr. Barbera exclusive access to capture an agreed-upon number of new photographs of Mr. Cohen, from which Mr. Barbera could generate licensing revenue from third parties.

Please let me know if you are interested in any of these as an offer, or solely monetary compensation.

Thank you, and look forward to hearing from you.

Rebecca R. Liebowitz, Esq.
Associate, Sanders Law Group
100 Garden City Plaza | Fifth Floor
Garden City, NY 11530
Office: 516. 203.7600 x 3227
email: rliebowitz@sanderslaw.group

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information. Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message, please contact the sender by reply e-mail (or other immediate means) and destroy all attachments, if any. Thank you so much.

---

**From:** Rebecca Liebowitz
**Sent:** Tuesday, April 5, 2022 3:41:58 PM
**To:** Robert Barbera
**Subject:** Fw: Robert Barbera / Andy Cohen - Case No. 000796-000021

Hi Robert,

Hope all is well. I am writing to notify you that I am the attorney handling your claim against infringer Andy Cohen (infringing screenshot attached for your reference). I recently got off the phone with counsel.

Cohen has proposed the following offer (below) for settlement and wanted to get

your thoughts. Please note, as these are only non-monetary compensations that are being offered by the infringing party, I did relay a financial offer starting with $5000, and I will see what they say:

As discussed, Mr. Cohen may be willing to extend the following forms of non-monetary compensation in exchange for a full release of claims:

- Posting an agreed-upon number of Mr. Barbera's photographs to his Instagram account (4.5M followers) with credit via tagging Mr. Barbera's IG account or mentioning him in the IG caption; and/or
- Providing Mr. Barbera exclusive access to capture an agreed-upon number of new photographs of Mr. Cohen, from which Mr. Barbera could generate licensing revenue from third parties.

Please let me know if you are interested in any of these as an offer, or solely monetary compensation.

Thank you, Robert. Hope to hear from you soon so we can resolve and close this out.

Kind regards,
Rebecca

Rebecca R. Liebowitz, Esq.
Associate, Sanders Law Group
100 Garden City Plaza | Fifth Floor
Garden City, NY 11530
Office: 516. 203.7600 x 3227
email: rliebowitz@sanderslaw.group

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER

confidential information. Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message, please contact the sender by reply e-mail (or other immediate means) and destroy all attachments, if any. Thank you so much.

---

**From:** Frank D'Angelo <fdangelo@loeb.com>
**Sent:** Tuesday, April 5, 2022 2:32 PM
**To:** Rebecca Liebowitz
**Cc:** Marc Chamlin
**Subject:** RE: Robert Barbera / Andy Cohen - Case No. 000796-000021

SETTLEMENT COMMUNICATION PURSUANT TO F.R.E. 408

Rebecca,

As discussed, Mr. Cohen may be willing to extend the following forms of non-monetary compensation in exchange for a full release of claims:

- Posting an agreed-upon number of Mr. Barbera's photographs to his Instagram account (4.5M followers) with credit via tagging Mr. Barbera's IG account or mentioning him in the IG caption; and/or
- Providing Mr. Barbera exclusive access to capture an agreed-upon number of new photographs of Mr. Cohen, from which Mr. Barbera could generate licensing revenue from third parties.

Please advise if your client would be amenable.

This communication is sent without prejudice, and we reserve all rights on Mr. Cohen's behalf.

Thank you,
Frank

CONFIDENTIAL - ATTORNEYS' EYES ONLY    BARBERA02064