# EXHIBIT M

| | |
|---|---|
| **From:** | sanderslawgroup@quickbaseemail.com |
| **To:** | barbera.robert@gmail.com |
| **Subject:** | Upload Reminder Robert Barbera |
| **Date:** | Friday, June 24, 2022 7:06:21 PM |

Dear Robert,

I hope this note finds you well. This is your automated, weekly reminder to upload your newest **PUBLISHED** images to our FTP server, since your last upload to our firm. Sending your **PUBLISHED** work to us in a timely fashion ensures that it will be registered within the necessary timeline **(within 3 months of first publication)** with the US Copyright Office, protecting you to the fullest extent of the law.

Please note that all jpgs must be uploaded to our FTP server in compliance with the U.S. Copyright Office new requirements. For example: **mm.dd.year.FileName.jpg.** The dates cannot have dashes or slashes within, only periods and the date **MUST** precede the image name. The suggested size of the jpg should be 600 pixels on its longest edge and 100 dpi. Total characters including the date should not exceed 30 characters in total.

If you register your work with the U.S. Copyright Office on your own please upload the copyright registration certificate along with the associated **PUBLISHED** images.

Please disregard this note if you have sent your most recent work prior to this email. If you have any questions, please contact our office at 516-203-7600 ex. 3223. We are thankful for the work that you do and appreciate our partnership in the fight against copyright infringement.

Sincerely,

Debbie Carrillo, Director of Copyright Registration
Sanders Law Group

dcarrillo@sanderslaw.group

516-203-7600 ex.3223



EXHIBIT
6
3/28/25 mD

Good information for your review- https://blogs.loc.gov/loc/2020/07/can-i-copyright-this/?loclr=ealocb