# EXHIBIT N

| From: | Rebecca Liebowitz |
|---|---|
| To: | Robert Barbera |
| Subject: | Re: ACTION REQUIRED! SANDERS LAW GROUP CONTINGENCY AGREEMENT |
| Date: | Monday, March 14, 2022 1:45:26 PM |

Hi Robert,

That's wonderful. We are thrilled to hear that, and would love to take a look at your infringements that you have found.

Happy to have a call next week- let me know when works best.

**Also, regarding new infringements, please feel free to reach out to your designated research analyst, Samantha at sstainbrook@sanderslaw.group. so she can review and document them and get all the information she needs.**

If you have questions about uploading any new work that you have published recently in 2022, please reach out to Debbie our director of registrations at dcarrillo@sanderslaw.group. We are always happy to help.

Thanks so much, Robert! We look forward to continuing to assist you with your copyright matters.

My best,
Rebecca

Rebecca R. Liebowitz, Esq.
Associate, Sanders Law Group
100 Garden City Plaza | Fifth Floor
Garden City, NY 11530
Office: 516. 203.7600 x 3227
email: rliebowitz@sanderslaw.group



EXHIBIT
m
3/28/25 mD

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the  intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information.  Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message, please contact the sender by reply e-mail (or other immediate means) and destroy all attachments, if any. Thank you so much.

**From:** Robert Barbera <barbera.robert@gmail.com>
**Sent:** Monday, March 14, 2022 1:23:39 PM
**To:** Rebecca Liebowitz
**Subject:** Re: ACTION REQUIRED! SANDERS LAW GROUP CONTINGENCY AGREEMENT

I have a huge batch of new infringements and stuff I was holding during your transition. I'll

CONFIDENTIAL - ATTORNEYS' EYES ONLY    BARBERA02043

get that stuff prepped as well. We can have a call one day next week as well. Thanks again

On Mar 14, 2022, at 10:12 AM, Rebecca Liebowitz
<rliebowitz@sanderslaw.group> wrote:


Hi Robert,

No problem. Thank you for reaching out and signing the agreement. We are in receipt of your signed agreement. Much appreciated. We will keep you posted as your cases progresses.

All the best and kind regards,
Rebecca

Rebecca R. Liebowitz, Esq.
Associate, Sanders Law Group
100 Garden City Plaza | Fifth Floor
Garden City, NY 11530
Office: 516. 203.7600 x 3227
email: rliebowitz@sanderslaw.group

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information. Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message, please contact the sender by reply e-mail (or other immediate means) and destroy all attachments, if any. Thank you so much.

**From:** Robert Barbera <barbera.robert@gmail.com>
**Sent:** Saturday, March 12, 2022 9:59:06 AM
**To:** Rebecca Liebowitz
**Subject:** Re: ACTION REQUIRED! SANDERS LAW GROUP CONTINGENCY AGREEMENT

Thank you Rebecca! Sorry for the delay I was away for some time. Thank you so much

On Mar 10, 2022, at 12:48 PM, Rebecca Liebowitz
<rliebowitz@sanderslaw.group> wrote:


H Robert,

We hope all is well. We are kindly reaching out to see if you have

CONFIDENTIAL - ATTORNEYS' EYES ONLY    BARBERA02044

received the **Sanders Law Group Contingency Agreement**
(LIEBOWITZ LAW FIRM RECENTLY MERGED WITH THIS LAW FIRM!) so
we can continue to pursue your copyright infringement claims and
monitory your work for viable infringements.

Thank you so much we and look forward to continuing to work with
you.

Kind and warm regards.

Rebecca R. Liebowitz, Esq.
Associate, Sanders Law Group
100 Garden City Plaza | Fifth Floor
Garden City, NY 11530
Office: 516. 203.7600 x 3227
email: rliebowitz@sanderslaw.group

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole
use of the  intended recipient(s) and may contain ATTORNEY-CLIENT
privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON
INTEREST PRIVILEGED, and/or OTHER confidential information.  Any
unauthorized review, use, disclosure, or distribution of this message and/or its
attachments is prohibited. If you are not the intended recipient of this
message, please contact the sender by reply e-mail (or other immediate
means) and destroy all attachments, if any. Thank you so much.

CONFIDENTIAL - ATTORNEYS' EYES ONLY    BARBERA02045