# EXHIBIT O

| | |
|---|---|
| **From:** | Robert Barbera |
| **To:** | Jonathan Cader |
| **Subject:** | Re: |
| **Date:** | Wednesday, October 9, 2024 5:47:09 PM |

Okay that works. No worries. Talk then!

On Oct 9, 2024, at 5:41 PM, Jonathan Cader <JCader@sanderslaw.group> wrote:

No worries. Sorry for being a pain in the ass….

I had it in my head that this was due today, but, apparently, it's due tomorrow.

I left you a voice mail saying that Craig had some questions and comments on the responses, such that some will need to be revised.

Are you available same time tomorrow morning to have a follow up?

**From:** Robert Barbera <barbera.robert@gmail.com>
**Sent:** Wednesday, October 9, 2024 5:37 PM
**To:** Jonathan Cader <JCader@sanderslaw.group>
**Subject:**

Sorry for the delay

CONFIDENTIAL - ATTORNEYS' EYES ONLY   BARBERA01968