# EXHIBIT P

| | |
|---|---|
| **From:** | sanderslawgroup@quickbaseemail.com |
| **To:** | barbera.robert@gmail.com |
| **Cc:** | rebecca@liebowitzlawfirm.com; dh@liebowitzlawfirm.com |
| **Subject:** | Important News Regarding Your Representation |
| **Date:** | Thursday, January 20, 2022 4:18:31 PM |



Dear Robert Barbera,

It is with great excitement that we announce that Rebecca R. Liebowitz, Esq., James H. Freeman, Esq., Donna Halperin, and additional staff members of Liebowitz Law Firm, PLLC have joined the Sanders Law Group.  This means that clients of Liebowitz Law Firm can be confident in knowing that that they will continue to enjoy the existing relationships and receive the dedicated representation they received with the Liebowitz Law Firm, going forward with the Sanders Law Group.

The Sanders Law Group is led by Craig B. Sanders, Esq., a 29-year veteran attorney who has represented thousands of artists in courtrooms across the nation.  With its 12 attorneys, and the ability to bring claims for you in courts throughout the United States, the Sanders Law Group has the ability to protect and enforce your intellectual property rights.

As our client, we respect your right to seek counsel of your own choosing.  While we hope you choose to continue with the Sanders Law Group, you have options.  You may choose to continue your existing relationships with Rebecca and James, who are now proud members of the Sanders Law Group, or, you are at liberty to request that your file be transferred to another attorney of your choosing, or take your file.

If you would like the Sanders Law Group to continue your representation, please check the first box at the end of this letter.  Once we receive your authorization, you should expect to receive a new retainer agreement for your execution.  The economic terms of the new retainer will be the same as your retainer with Liebowitz Law Firm.  If you wish to have your matter(s) transferred to another attorney, or take your file, please check either the second or third box at the end of this letter.  Please note that the transfer of your file to another attorney, or the return of the file to you, will each be in accordance with the provisions of your retainer agreement, under which you or your new attorney will be responsible to the firm for its costs and fees to date as part of that transfer.

Because time deadlines may be involved, it is important that you act promptly.  By returning your authorization as soon as possible, we can assure no discernable break in representation.  We all want to make this transition as simple and easy as possible for you, regardless of choice. If we do not hear back from you within 90 days of the sending of this notice, it will be presumed that you have consented to the transfer of your file from Liebowitz Law Firm to the Sanders Law Group.

We hope that you choose to have the Sanders Law Group continue the journey you began with Liebowitz Law Firm.  If you have any questions or concerns, please feel free to contact Donna Halperin at dhalperin@sanderslaw.group. Thank you.

Sincerely,

Rebecca Liebowitz
Liebowitz Law Firm, PLLC

Craig Sanders
Sanders Law Group

<u>STAY WITH US</u>  I would like to retain the Sanders Law Group.  Please send me a retainer agreement and continue my representation without interruption.

\* \* \*

<u>CHANGE LAWYERS</u> I want to retain independent counsel.  I will have my new counsel contact you immediately to arrange for the transfer of my files and payment to you of your accrued fees and costs.

\* \* \*

<u>QUIT</u>  I want my file sent to me.  I will arrange for the transfer of my files and payment to you of your accrued fees and costs.

CONFIDENTIAL - ATTORNEYS' EYES ONLY     BARBERA02029