# EXHIBIT Q

| | |
|---|---|
| **From:** | Rebecca Liebowitz |
| **To:** | barbera.robert@gmail.com |
| **Subject:** | Sanders Law Group (SLG) Contingency Agreement |
| **Date:** | Wednesday, February 9, 2022 10:26:15 AM |

Dear Robert,

We hope all is well. We are kindly reaching out to follow up on whether you have received the Sanders Law Group (SLG) Contingency Agreement via Hellosign. As you know, LLF recently merged with SLG, and we are excited for this new venture and journey to continue to represent you with your copyright claims. If you have not received it, kindly reply back and let us know so we can resend you one to review.

With a larger legal team and support staff, we will be able to expedite the process more quickly than the past, and monitor you work more aggressively.

Additionally, if you have not uploaded your newly published work (from January 1, 2022) in a while, we would suggest you do so, so our research analysts can continue monitor your most valuable infringements that we can pursue. If you have any further questions, feel free to reach out to your research analyst so they can clarify this for you.

Thank you, and please reach out with any questions. Thank you for your loyalty. We appreciate you and what you do for the creative community.

We look forward and hope to continue to represent you with your copyright needs and matters.

Kind regards,
Rebecca and Donna


Rebecca R. Liebowitz, Esq.
**Associate, Sanders Law Group**
100 Garden City Plaza | Fifth Floor
Garden City, NY 11530
Office: 516. 203.7600 x 3227
email: rliebowitz@sanderslaw.group

CONFIDENTIALITY NOTICE: This e-mail message is intended for the sole use of the intended recipient(s) and may contain ATTORNEY-CLIENT privileged, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, and/or OTHER confidential information. Any unauthorized review, use, disclosure, or distribution of this message and/or its attachments is prohibited. If you are not the intended recipient of this message, please contact the sender by reply e-mail (or other immediate means) and destroy all attachments, if any. Thank you so much.