# EXHIBIT R

**From:** Robert Barbera
**To:** Jonathan Cader
**Subject:** Re: Grailed documented production
**Date:** Wednesday, December 4, 2024 5:38:14 PM

Attachment available until Jan 3, 2025

Splash -   Click to Download
Splash.zip
103.2 MB

EXHIBIT
AA
3/28/25 mD

On Dec 3, 2024, at 10:34 AM, Jonathan Cader <JCader@sanderslaw.group> wrote:

**From:** Jonathan Cader
**Sent:** Monday, December 2, 2024 11:42 AM
**To:** Robert Barbera <barbera.robert@gmail.com>
**Subject:** Grailed documented production

Robert –

I hope you had a relaxing and fun holiday weekend.

Following our conversation of last week, below is what we need you to produce:

Any license or other agreements for use of the Jonah Hill photo, with anyone other than Backgrid.

Global report for all photos with Backgrid, as we discussed the other weekend.

Any cease and desist letters sent by Backgrid to any third party regarding your photos (to the extent they sent to you and you have).

Any lawsuits started by Backgrid against any third party regarding your photos (to the extent they sent to you and you have).

Similar global report for Splash from January 1, 2018 to date.

CONFIDENTIAL - ATTORNEYS' EYES ONLY     BARBERA02011

Docs relating to any income you earned from directly licensing celebrity pics to online, retail only, businesses (not photo agencies)

Any communications with any of the Image Licensors/Distributors you use. From our discussions, I'm not sure if you have anything else other than your uploads and account statuses, which would have been covered in the global reports. If you'd like to discuss this one, let me know.

Docs to show your first publication of the Jonah Hill pic on January 29, 2019

Copies of any copyright complaints filed from January 1, 2018 forward. We will produce what we have, but, not sure if you kept any Complaints drafted by Leibowitz or anyone else. As with the above, if you want to discuss, let me know.

Copies of any pre-suit demand letters from January 1, 2018 forward. We will produce what we have, but, not sure if you kept any Complaints drafted by Leibowitz or anyone else. As with the above, if you want to discuss, let me know

As a final matter, please confirm that, to the best of your recollection, this is the only lawsuit for this Jonah Hill pic.

Regards,

*Jonathan*

---

Jonathan M. Cader, Esq.
<image001.png>
333 Earle Ovington Boulevard | Suite 402
Uniondale, NY 11553
Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7643
email: jcader@sanderslaw.group

<Complaint_1715230210.pdf>

CONFIDENTIAL - ATTORNEYS' EYES ONLY     BARBERA02012