# EXHIBIT S

| | |
|---|---|
| **From:** | Jonathan Cader |
| **To:** | Nietes, Andrew |
| **Cc:** | Lackman, Eleanor |
| **Subject:** | [EXTERNAL] Barbera v. Grailed |
| **Date:** | Thursday, April 3, 2025 3:09:33 PM |
| **Attachments:** | image001.png |
| | Bates Nos 2539-2747.pdf |
| | Grailed - Letter 4-3-2025.pdf |
| | Barbera v Grailed Plaintiff"s Third Supplemental response to RFI.pdf |

Andrew –

Attached please find the documents responsive to the calls for production at Plaintiff's deposition, in addition to a letter responding to your email of 3/27, providing a narrative of the supplemental production to the "parent emails," and the third supplemental response to Grailed's interrogatories, as called for at Plaintiff's deposition. Further responses to follow.

Truly,

_____

Jonathan M. Cader, Esq.

SLG SANDERS LAW GROUP

333 Earle Ovington Boulevard | Suite 402
Uniondale, NY 11553
Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7643
email: jcader@sanderslaw.group

| | |
|---|---|
| **From:** | Jonathan Cader |
| **To:** | Nietes, Andrew |
| **Cc:** | Lackman, Eleanor |
| **Subject:** | [EXTERNAL] RE: Barbera v. Grailed |
| **Date:** | Thursday, April 3, 2025 7:39:52 PM |
| **Attachments:** | image002.png |
| | Grailed - Response to Deficiency Letter (4-3-2025).pdf |
| | Robert Declaration 4-3-2025.pdf |
| | Supplemental Rule 26 Disclosures.pdf |

Andrew –

Please see the attached.

JMC

**From:** Nietes, Andrew <afn@msk.com>
**Sent:** Thursday, April 3, 2025 4:13 PM
**To:** Jonathan Cader <JCader@sanderslaw.group>
**Cc:** Lackman, Eleanor <eml@msk.com>
**Subject:** RE: Barbera v. Grailed

Jonathan,

Even a cursory review of these documents show that they are directly responsive to Grailed's requests served in September 2024 and thus should have been produced weeks if not months ago in response to both of the Court's prior orders, and **before** Plaintiff's deposition as agreed. Please advise when the further responses will follow.

Please additionally advise to which email PLA02347-55 is an attachment to as it is not provided for in the "narrative" letter you provide.

Grailed reserves all rights including to move for further sanctions as planned.

Best,
Andrew



**Andrew Nietes | Attorney-at-Law**
T: 917.546.7683 | afn@msk.com
**Mitchell Silberberg & Knupp LLP** | www.msk.com
437 Madison Ave., 25th Floor, New York, NY 10022

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Jonathan Cader <JCader@sanderslaw.group>
**Sent:** Thursday, April 3, 2025 3:08 PM
**To:** Nietes, Andrew <afn@msk.com>
**Cc:** Lackman, Eleanor <eml@msk.com>
**Subject:** [EXTERNAL] Barbera v. Grailed

Andrew –

Attached please find the documents responsive to the calls for production at Plaintiff's deposition, in addition to a letter responding to your email of 3/27, providing a narrative of the supplemental production to the "parent emails," and the third supplemental response to Grailed's interrogatories, as called for at Plaintiff's deposition. Further responses to follow.

Truly,

_____
Jonathan M. Cader, Esq.

SLG SANDERS LAW GROUP

333 Earle Ovington Boulevard | Suite 402
Uniondale, NY 11553
Office: 516. 203.7600 | Fax 516.282.7878| Direct: 516.203.7643
email: jcader@sanderslaw.group