# EXHIBIT U

On Jul 13, 2022, at 12:27 PM, notify@quickbase.com wrote:



Dear Robert Barbera

The possible claim listed below has been added by your Research Analyst at Sanders Law Group for your review. At this time, no attorney has reviewed this claim or determined whether or not it is actionable.  If you would like for us to pursue researching this possible claim, please click Approve. Please click Disapprove if you have licensed this image or gave permission to this company to use your image.  Please note that giving us permission to pursue this potential infringement does not guarantee that we will pursue this claim or that it is actionable under existing law. The decision to pursue this potential claim rests with our attorneys, subject to their analysis and approval.

Please click Approve of Disapprove one time only. If you go back through your old emails and click on either Approve or Disapprove on an old email, this can affect the current status. If you are not certain whether you have responded to an old email, please contact your Research Analyst rather than clicking the status change within the email.

Thank you,

Research Analyst Dept.

Sander Law Group


First Publication URL(s):

Infringer: Grailed, Inc
Infringer URL: https://www.grailed.com/drycleanonly/jonah-hill-style