# EXHIBIT V

**From:** Dropbox Sign <noreply@mail.hellosign.com>
**Subject: You just signed 126004 Client Verification for Filing Robert Barbera Vs. Grailed, Inc**
**Date:** May 2, 2024 at 12:15:44 AM EDT
**To:** barbera.robert@gmail.com
**Reply-To:** Dropbox Sign <noreply@hellosign.com>





**You have successfully signed your document**

DOCUMENT

126004 Client Verification for Filing Robert Barbera Vs. Grailed, Inc

You can view the document as an attachment below (if it's under 25 MB) or by clicking this link. This document and others may also be accessed by logging in to your Dropbox Sign account.

VIEW SIGNED DOCUMENT

 Warning: To prevent others from accessing your document, please do not forward this email.

CONFIDENTIAL                                    BARBERA02541