# EXHIBIT W



