UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BARBERA,<br><br>                    Plaintiff,<br><br>     v.<br><br>GRAILED, LLC,<br><br>                    Defendant. | Case No. 24-CV-3535 (LJL)<br><br>**DEFENDANT GRAILED, LLC'S NOTICE OF MOTION FOR SANCTIONS PURSUANT TO RULE 11** |

    PLEASE TAKE NOTICE THAT upon the accompanying Defendant's Memorandum of Law in Support of Motion for Sanctions Pursuant to Rule 11 along with all other filings made in the above-captioned action, Defendant Grailed, LLC ("Grailed"), through its attorneys, Mitchell Silberberg & Knupp LLP, will move this Court at the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, before the Honorable Lewis J. Liman, on a date and at a time to be designated by the Court, for an Order that sanctions counsel for Plaintiff Robert Barbera ("Plaintiff") by awarding Grailed's attorneys' fees and costs accrued since March 23, 2025, the date Grailed put Plaintiff on notice for lack of evidentiary support for allegations in the Complaint and Amended Complaint, and issues nonmonetary sanctions against Plaintiff's counsel that the Court deems just and proper.

Dated: April 28, 2025                                    MITCHELL SILBERBERG & KNUPP LLP

                                                         By: /s/Andrew Nietes
                                                             Eleanor M. Lackman
                                                             Andrew Nietes
                                                             437 Madison Ave., 25th Floor
                                                             New York, New York 10022-7001
                                                             Telephone: (212) 509-3900
                                                             Facsimile: (212) 509-7239

                                                         *Attorneys for Defendant Grailed, LLC*