```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ROBERT BARBERA,                                                    :
                                                                   :
                        Plaintiff,                                 :
                                                                   :        24-cv-3535 (LJL)
            -v-                                                    :
                                                                   :           ORDER
GRAILED, LLC,                                                      :
                                                                   :
                        Defendant.                                 :
                                                                   X
---------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

The Court previously granted Defendant's motion to vacate the deadline for summary judgment motions pending a decision on Defendant's third and fourth motions for sanctions. *See* Dkt. No. 64. The Court has since decided the motions for sanctions. *See* Dkt. No. 106. The Court accordingly sets the following deadlines: Motions for summary judgment are due by September 16, 2026. In accordance with S.D.N.Y. Local Rule 6.1(b), responses shall be due two weeks later, and replies one week after that.

Additionally, the Court sets the following trial schedule: The joint pre-trial order, requests to charge, proposed voir dire, and motions in limine are due by March 13, 2026. Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due by March 20, 2026. A final pre-trial conference is scheduled for April 8, 2026, at 11:00 AM, and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C. The jury trial will begin on April 13, 2026,

at 9:30 AM and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

    SO ORDERED.

Dated: August 5, 2025
      New York, New York

                                     LEWIS J. LIMAN
                                United States District Judge